**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**BECKY STRICKLIN**                                                              **PLAINTIFF**

**v.**                                          **Case No. 4:14-cv-750**

**AMERICAN RED CROSS**
**BLOOD SERVICES and**
**MARYANNE TIMM**                                                      **DEFENDANTS**

**ORDER**

Before the Court is the parties' stipulation of dismissal with prejudice (Dkt. No. 13).  The

parties state that they have resolved this action without the need for further judicial involvement.

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly

stipulate to dismiss with prejudice this case, with the parties to bear their own costs and fees

incurred in the litigation.  Accordingly, the Court dismisses with prejudice plaintiff's complaint.

The parties will bear their own costs and fees incurred in the litigation.

SO ORDERED this 2nd day of June, 2015.


_____
Kristine G. Baker
United States District Judge